## CITY OF HIGH SHOALS v. VULCAN MATERIALS CO.

No. 140P92

Case below: 105 N.C.App. 424

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

## CLIMATOLOGICAL CONSULTING CORP. v. TRATTNER

No. 152P92

Case below: 105 N.C.App. 669

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

## DAVIS v. NATIONWIDE MUTUAL INS. CO.

No. 219P92

Case below: 106 N.C.App. 221

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

## DUNLEAVY v. YATES CONSTRUCTION CO.

No. 213P92

Case below: 106 N.C.App. 146

Petition by defendant (Springfield Properties, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

## GARY v. OLDE POINT DEVELOPMENT

No. 237P92

Case below: 106 N.C.App. 231

Petition by defendant (Olde Point Development, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.